EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Lic. Pedro J. Tejada Rivera | Querella<br><br>2001 TSPR 157<br><br>155 DPR ____ |

Número del Caso: CP-2000-3

Fecha: 9/noviembre/2001

Oficina del Procurador General:

                      Lcda. Yvonne Casanova Pelosi
                      Procuradora General Auxiliar

Abogado de la Parte Querellada:
                      Lcdo. René Arrillaga Beléndez

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

  Lic. Pedro J. Tejada Rivera

                          CP-2000-3




                        RESOLUCIÓN

        San Juan, Puerto Rico, a 9 de noviembre de 2001.


        Estudiada la moción de reconsideración del peticionario
y reexaminado el Informe del Comisionado Especial y el hecho
de que el abogado aceptó los hechos imputados y ha mostrado
su arrepentimiento por su desempeño profesional en este caso,
se deja sin efecto la suspensión de la abogacía decretada en
la Opinión Per Curiam de 24 de septiembre de 2001. En su lugar,
se le impone al peticionario una sanción de quinientos dólares
($500.00) que deberán ser consignados en la Secretaría de este
Tribunal en el término de quince (15) días, contados a partir
de la notificación de esta Resolución.

        Además, se modifica nuestra sanción disciplinaria de la
notaría para suspenderlo permanentemente del ejercicio de la
misma.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del
Tribunal Supremo.  La Juez Asociada señora Naviera de Rodón
no intervino.



                    Isabel Llompart Zeno
                 Secretaria del Tribunal Supremo